B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Tennessee - Southern Division

In re  **Anthony Luke Welden**                                                                 Case No.
Debtor(s)                                                                                                 Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> **CitiMortgage, Inc.** | **Describe Property Securing Debt:** |

| |
|---|
| Property will be (check one): <br> ■ Surrendered          □ Retained |
| If retaining the property, I intend to (check at least one): <br> □ Redeem the property <br> □ Reaffirm the debt <br> □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). |
| Property is (check one): <br> ■ Claimed as Exempt          □ Not claimed as exempt |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> **-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> □ YES          □ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **July 27, 2015**                                    Signature  **/s/ Anthony Luke Welden**
                                                                                        **Anthony Luke Welden**
                                                                                        Debtor